# SILAS TALBOT,

*againſt*

## The OWNERS of the Brigs *Achilles*, *Patty* and *Hibernia*.

---

## *JUDGEMENT.*

\*IN September, 1779, Silas Talbot being on a cruiſe in the continental ſloop Argo, diſcovered and purſued the brig Betſey, a Britiſh letter of marque, about 200 tons burthen, armed with eight ſix pounders, and laden with 214 puncheons of rum, and 1 quarter caſk, and bound from Montſerrat or St. Chriſtopher's to New York, then in poſſeſſion of the enemy.

\* SEE the Appendix for the teſtimony exhibited in this cauſe.

my. After an engagement of two hours, Talbot captured the Betfey, aud put one *Weft* on board her as a prize mafter, together with eleven of his crew, with written orders to take the prize into the port of New London, then not far diftant, for condemnation. Soon after the capture, the three brigs, Achilles, Patty and Hibernia, belonging to the refpondents in this caufe, merchants of Philadelphia, came up with the brig Betfey under Britifh colours. The Argo taking them for enemies, was obliged to fly. One of the three brigs chafed the Argo, whilft the Patty fired upon, boarded and captured the Betfey. Weft, the prize mafter, finding them to be Americans, declared the Betfey was a prize to captain Talbot of the Argo, then in fight, and fhewed Talbot's written orders; but afferted that fhe had been captured three days before. The perfons who boarded the Betfey having feen a battle the day before between a brig and a floop, which they took to be the fame, and obferving that the number of men on board correfponded

ponded with the number regiftered in her Britifh papers, concluded that no credit fhould be given to Weft's declaration ; whereupon a confultation * was held by the three captains, who finally made prize of the Betfey, took out all the Argo's men, except a negro, and, putting their own hands on board, ordered her for Philadelphia ; but fhe was foon after captured by a Britifh cruifer, and taken into New York, and fo loft to all parties. The three brigs purfued their refpective voyages, taking the Argo's men with them, who were difperfed in Spain, and other remote parts.

THE refpondents have refted their defence on two grounds of argument :— *Firft*. They alledge, that they have produced fufficient teftimony to prove that the brigs Achilles, Patty and Hibernia were within fight when the Argo engaged and captured the Betfey, and thereby acquired a property in the prize, according to the maritime law ; and alledge, that

* ACCORDING to W—— D——'s depofition.

that as their intereſt in the booty was much greater than that of the Argo, they being three to one, they had a right to order the Betſey where they judged beſt for their ſecurity and benefit ; more eſpecially as they had reaſon to doubt the fidelity of Weſt, in whoſe poſſeſſion they found her, on account of the falſehood he had told them ;—inferring, that if any injury was done to the libellant, it only amounted to his proportionable ſhare, for which alone they ought to be anſwerable.—*Secondly.* That many ſuſpicious circumſtances on board the Betſey,—ſuch as, the Britiſh papers, the number of men on board agreeing therewith, and the declaration of Weſt, that ſhe had been captured three days before, contrary to their own obſervation, were ſufficient to induce them to conclude that the whole was an artifice, and therefore they were juſtifiable in taking her as original prize, and to conſider themſelves as the firſt captors.

THESE two poſitions of defence are ſupported by the teſtimony of W——.
D——,

D——, a paffenger on board the Patty. This depofition, on which alone the refpondents have relied, labours for the eftablifhment of two facts, which are altogether incompatible with each other, viz. firft, that the three brigs were in fight, when the Argo engaged and captured the Betfey; and, fecondly, that the Betfey had not been captured at all, or, at leaft, that the captains of the three brigs had good reafon to think fo, and were therefore juftifiable in taking her as original prize. One only of thefe pofitions can poffibly be true; therefore, a teftimony which labours to eftablifh both, may, at leaft, be faid to prove too much.

THE fact beft fupported by the circumftances feems to be, that the three brigs were in fight of the battle between the Argo and the Betfey.—What then was their conduct in this point of view? The next day after the engagement, of which they had been diftant fpectators, they come up under Britifh colours; they find the Betfey in the poffeffion, and under the protection, of the Argo,

K                    her

her captor—they chafe away the Argo, and fire on the prize, ftill wearing their Britifh colours—they board her, take out all the people placed on board by the libellant, man her with part of their own crews, give her in charge to their own prize mafter, and order her for Philadelphia. Could the being in fight of the engagement the day before, juftify fuch a procedure? Surely it could not. It is manifeft that the rule of law refpecting veffels in fight of a capture, does not refer to what may have been feen by the claimants, but by the people on board the prize; for the rule is founded on a prefumption, that the people on board the captur'd veffel, feeing others coming up armed and prepared for battle, were thereby induced to furrender.

FURTHER, I can on no account admit the doctrine, now for the firft time advanced, and unfupported by any authority whatever, that captains claiming a fhare in the prize they may have feen captur'd, have a right to order the veffel taken where they pleafe, by virtue

of

of a majority of votes, or of their supe-
rior intereft in the captur'd booty. Their
claim muft follow and depend upon the
fuccefs of the real captor. Befides, in
the prefent cafe, the libellant, who fought
for, and alone took, the brig Betfey, had
at leaft fome fhare in the prize: the cap-
tains of the three brigs, therefore, ought
in juftice to have left his prize mafter on
board to profecute the Argo's claim—
which was not done.

Upon the whole, this feems to have
been an act of fuch unjuftifiable violence
and wrong on the part of the brigs Achil-
les, Patty and Hibernia, that I am clear
in deciding in favour of the libellant in
this caufe: and having carefully endea-
voured to afcertain the value of the pro-
perty loft, I find,

That a brig of 200 tons, mount-
   ing 8 fix pounders, with her
   tackle, apparel, furniture &
   provifions on board, was, in
   Octob. 1779, worth  -  £.3500  0  0
214 puncheons of rum, ave-
                 raging

Brought forward, £.3500  0  0
raging 100 gallons each, at
10*s.* per gallon,    -    -    10700   0  0
1 quarter cafk of rum, 25,
gallons,    ▼     ▼     -    12 10  0

£.14212 10  0

But as the brig Betfey had not
actually arrived in port,
fome allowance ought to be
made for the rifk fhe had
yet to run, which appears
to be worth 10 per cent,
infurance, amounting to - 1421   5   0
Which, being deducted,
leaves    ▼    -    - £.12791   5  0

JUDGMENT in favour of the libellants
for £.12791 - 5, with cofts of fuit.

---

*NO difcrimination was, in this caufe,
attempted to be made refpecting the three
captains of the brigs Achilles, Patty and
Hibernia ; fo that the principal facts are
attributed*

attributed to all, and the judgment was general againſt the reſpondents.

THE cauſe was carried by appeal to the Court of Appeals eſtabliſhed by Congreſs in prize cauſes ; but that Court rejected the cauſe, it appearing to them to be a ſuit between a citizen and citizen for damages merely.—This Court was ſoon after diſſolved, on account of the peace—Talbot's cauſe was then carried into the High Court of Errors and Appeals for the commonwealth of Pennſylvania, where, after long arguments, as well to the juriſdiction as to the merits, a decree paſt in favour of the appellees, for £.11,141 - 5 - 4, with coſts.